# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129828

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ADAM L. PRICE,
      Defendant-Appellant.

SC: 129828
COA: 261427
Clare CC: 03-002177-FC

_____/

      On order of the Court, the application for leave to appeal the September 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006                                       

_____
                                      Clerk